United States District Court
Southern District of Texas
**ENTERED**
January 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| PARK AVENUE CONSTRUCTION, LTD. § § § | |
| VS. § § | CIVIL ACTION NO. 5:23-CV-53 |
| AMERICAN ZURICH INSURANCE COMPANY § § | |

## ORDER

The parties have filed a joint stipulation of dismissal, wherein they agree that Plaintiff's claims against Defendant should be dismissed with prejudice (Dkt. No. 25). Parties in a civil suit may generally dismiss claims without a court order upon filing a stipulation of dismissal "signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). This general rule is subject to limitations in class action suits, shareholder derivative suits, and suits where the Court has appointed a receiver. Fed. R. Civ. P. 41(a)(1)(A). Here, all parties signed the stipulation, and none of the above limitations apply. Therefore, the stipulation's filing automatically dismissed Plaintiff's claims with prejudice. *See Defense Distributed v. U.S. Dep't of State*, 947 F.3d 870, 873 (5th Cir. 2020).

Because no claim remains pending in this case, the Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** January 8, 2024.

Marina Garcia Marmolejo
United States District Judge